| | | |
|---|---|---|
| Estado Libre Asociado de Puerto Rico<br>TRIBUNAL DE APELACIONES<br>PANEL VIII | | |
| JUNTA DE PLANIFICACIÓN DE PUERTO RICO<br><br>RECURRIDA<br><br>V.<br><br>**W & M INVESTORS, INC.**,<br>CÉSAR E. CARRILLO MARTÍNEZ Y MAGDA GONZÁLEZ FIGUEROA H/N/C PEREGRINA HOUSE<br><br>RECURRENTES | TA2025RA00206 | *Revisión Judicial* procedente de la Junta de Planificación de Puerto Rico<br><br>Caso Núm. 2022-SRQ-010226<br><br>Sobre: Ley 161-2009; Revisión Administrativa |

Panel integrado por su presidenta, la Juez Lebrón Nieves, el Juez, Pagán Ocasio y la Jueza Álvarez Esnard.

# SENTENCIA

En San Juan, Puerto Rico, a 22 de septiembre de 2025.

El Tribunal ha examinado el escrito intitulado *"ACUERDO DE ESTIPULACIÓN ENTRE LAS PARTES"*, presentado digitalmente el 19 de septiembre de 2025 por ambas partes. El mismo es aceptado conforme lo estipulado y se le imparte la aprobación.

Las partes de epígrafe han llegado a un acuerdo que da fin a las controversias planteadas y transige las reclamaciones pendientes del pleito entre ellas, y por la presente, solicitan a este tribunal que apruebe las siguientes estipulaciones:

a. La Parte Recurrente se allana a que se emita sentencia de estipulación, a tenor con los términos y condiciones que se incluyen en esta moción.

b. Las partes acuerdan que la Parte Recurrente emitió el pago por la cantidad de $1,974.00 por concepto de la multa impuesta en el trámite administrativo de la Querella Número 2022-SRQ-0010226. En el expediente electrónico

de la querella obra el recibo de pago núm2023000213 del 1 de diciembre de 2022.

c. Las partes acuerdan, que la Recurrente solicitará en el término de 90 días luego de que se emita la sentencia del presente caso una solicitud de permiso de construcción a la Oficina de Gerencia de Permisos (OGPe). Ello, con el propósito de conformar mediante la obtención de un permiso de construcción las estructuras identificadas en la Resolución Final que le fue enviada el 29 de julio de 2025. Dicho término responde a que la Recurrente vendió la propiedad dónde se llevaron a cabo las obras, por lo que al presente no ostenta su posesión. Los dueños actuales de la propiedad la dedican a una operación comercial de alojamientos a corto plazo, por lo que los trámites, trabajos y procesos correspondientes para lograr someter la solicitud de permiso de construcción, requieren la coordinación con un tercero. Dicho tercero tiene conocimiento del proceso de marras y confirmó que cooperará, de todos modos, toda vez que dedica la propiedad a una actividad comercial de arrendamiento a corto plazo, los trabajos se deberán llevar a cabo en momento en que la propiedad esté desocupada.

d. En caso de que las construcciones identificadas en la Resolución Final no puedan ser legalizadas por no obtener el permiso de construcción emitido por la OGPe la Recurrente deberá solicitar el permiso de demolición y una vez los obtenga, proceder con la remoción de las obras ilegalmente construidas a su costo y riesgo.

e. Se acuerda que la Parte Recurrente tendrá la oportunidad de agotar todos los procedimientos administrativos, y las

revisiones judiciales correspondientes a éstos, con relación a la Solicitud de Permiso de Construcción que presentará.

f. La parte recurrida no ejecutará la Sentencia, ni de otra forma participará en el trámite de la Solicitud de Permiso, hasta que la Parte Recurrente agote los remedios administrativos y de revisión judiciales que provee la ley y reglamentación aplicable con respecto a la misma.

g. Se dicta la presente Sentencia, sin especial imposición de costas, gastos ni honorarios de abogado.

h. En caso de incumplimiento por parte de la Recurrente con cualquiera de las obligaciones aquí pactadas, facultará a la parte recurrida a acudir al Tribunal para solicitar la ejecución de esta sentencia por estipulación y solicitar la imposición de las costas, gastos, y honorarios de abogados por la cantidad de $2,500.00 por el trámite de ejecución y todos aquellos remedios a los que tenga derecho.

Por los fundamentos pormenorizados, se dicta *Sentencia acogiendo los acuerdos estipulados entre las partes* y se ordena su estricto cumplimiento.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones